UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TODD MAISE — CIVIL ACTION

VERSUS — No. 23-5186

RIVER VENTURES, LLC — SECTION: "J"(5)

# VERDICT FORM

1. Do you find from a preponderance of the evidence that Defendant River Ventures, LLC was negligent and that such negligence was a cause, in whole or in part, of the injury to Plaintiff Todd Maise?

   Yes _____ No __X__

**Proceed to Question 2.**

2. Do you find from a preponderance of the evidence that the M/V INDEPENDENCE was unseaworthy and that such unseaworthiness was a proximate cause of the injury to Plaintiff Todd Maise?

   Yes __X__ No _____

**If you answered "Yes" to either Questions 1 <u>or</u> 2, proceed to Question 3. If you answered "No" to Questions 1 <u>and</u> 2, proceed no further; please have the Foreperson sign and date the form below and inform the Court Security Officer.**

3. Do you find from a preponderance of the evidence that Plaintiff Todd Maise was contributorily negligent, in whole or in part, and that negligence caused or contributed to causing his injury?

   Yes __X__ No _____

**If you answered "Yes" Question 3, proceed to Question 4. If you answered "No" to Question 3, proceed to Question 5.**

4. What percentage of fault do you assign to the following parties, if any, with regards to Plaintiff Todd Maise's injury? Only assign fault to each of the parties if you found that they were negligent in causing or contributing to Plaintiff's injuries.

| | |
|---|---|
| River Ventures, LLC | 49 % |
| Todd Maise | 51 % |
| TOTAL | 100 % |

Total must equal 100%.

**Proceed to Question 5.**

5. What amount do you find will fairly and adequately compensate Plaintiff Todd Maise for the damages related to his injuries? $96,429

| | |
|---|---|
| Past lost earnings | $ ~~[illegible]~~ |
| Past, present, future pain and suffering | $592,347 |
| Future lost income | $688,776 |
| TOTAL DAMAGES | $1,377,552 |

**You have completed your deliberations. Have your Foreperson sign and date in the space provided and inform the Court Security Officer that you have completed your deliberations.**

**FOREPERSON NAME:** [redacted]

**FOREPERSON SIGNATURE:** [redacted]

**DATE:** 10/29/24