UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TODD MAISE | CIVIL ACTION |
| VERSUS | No. 23-5186 |
| RIVER VENTURES, LLC | SECTION: "J"(5) |

**JUDGMENT**

The above-captioned case came on for jury trial on October 28, 2024–October 29, 2024, before District Judge Carl J. Barbier.

Considering the answers of the jury to the interrogatories propounded by the Court at the trial of this matter; and further considering the direction of the Court as to entry of judgment, accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff Todd Maise and against Defendant River Ventures, LLC in the amount of $675,000.00.

Plaintiff is entitled to pre-judgment interest on past damages from the date of injury until the date paid, and he is entitled to post-judgment interest on all remaining damages from the date of judgment until the date paid. Both pre- and post-judgment interest is to be calculated at a 6 percent per annum rate.

**IT IS FURTHER ORDERED** that **no later than November 6, 2024** parties inform the Court of their respective positions on limitation of liability, which is held open and has been submitted to the Court.

New Orleans, Louisiana, this 30th day of October, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE